**2008–0165.   State ex rel. Keffer v. Child Support Enforcement Agency.**
Medina App. No. 07CA0112–M.

**2008–0169.   State v. Martin.**
Hamilton App. No. C–070017, 2007-Ohio-6662.

**2008–0172.   State v. West.**
Jefferson App. No. 07 JE 10, 2007-Ohio-6912.

**2008–0173.   State v. Hammond.**
Jackson App. No. 07CA10.

**2008–0174.   State v. Freeman.**
Franklin App. No. 07AP–337, 2007-Ohio-6859.

**2008–0180.   State v. Kidd.**
Portage App. No. 2006–P–0087, 2007-Ohio-6562.

**2008–0181.   State v. Bradley.**
Lake App. No. 2006–L–257, 2007-Ohio-7134.
  PFEIFER, J., dissents.

**2008–0186.   Mulkerin v. Cho.**
Medina App. No. 07CA007–M, 2007-Ohio-6550.

**2008–0187.   Pinkerton v. Thompson.**
Lorain App. No. 06CA008996, 174 Ohio App.3d 229, 2007-Ohio-6546.

**2008–0191.   State ex rel. O'Brien v. Hamilton.**
Franklin App. No. 07AP–501, 2007-Ohio-7004.

**2008–0192.   State v. Weller.**
Franklin App. Nos. 07AP–289, 07AP–290, and 07AP–291, 2007-Ohio-6598.

**2008–0195.   Goldberg v. Mittman.**
Franklin App. No. 07AP–304, 2007-Ohio-6599.

**2008–0196.   Crosby v. Pickaway Cty. Gen. Health Dist.**
Pickaway App. No. 06CA27, 2007-Ohio-6769.
  MOYER, C.J., and PFEIFER, J., dissent.

**2008–0199.   Hastings Mut. Ins. v. Halatek.**
Mahoning App. No. 06–MA–102, 174 Ohio App.3d 252, 2007-Ohio-6923.
  LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2008–0203.   State v. Goldman.**
Clark App. No. 2006 CA 103, 2007-Ohio-6682.

**2008–0204.   State v. Fambro.**
Hamilton App. No. C–070853.

**2008–0205.   State v. Nickles.**
Hamilton App. No. C–061081.

**2008–0208.   Owens v. Smith.**
Richland App. No. 07CA42, 2007-Ohio-6766.
  LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2008–0214.   State v. Smith.**
Franklin App. No. 06AP–1165, 2007-Ohio-6772.

**2008–0217.   State v. Metz.**
Franklin App. No. 06AP–755.

**2008–0222.   State v. Terry.**
Summit App. No. 23043, 2007-Ohio-6790.